| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>ANNE PINGS<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California  95814<br>Telephone: (916) 554-2785 | **FILED**<br><br>JUN 1 5 2005<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SEALED,<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No. S-<br>2:05-CR-0238 GEB<br><br>ORDER TO SEAL<br>(Under Seal) |

The Court hereby orders that the Indictment, Arrest Warrants, the Motion to Seal, and this Order, in the above-referenced case, shall be sealed until the first arrest of a defendant in this case or until further order of the Court.

DATED: 6/15/05

_____
United States Magistrate Judge