FILED
June 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                               )   Case No. CR.S-05-0238-GEB
       Plaintiff, )
v.                        )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
DALE C. SCHAFER, )
                               )
       Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DALE C. SCHAFER, Case No. CR.S-05-0238-GEB, Charge, Conspiracy to Distribute Marijuana, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ___ (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 22, 2005 at 2:31 p.m.

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge