**FILED**

AUG - 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DALE C. SCHAFER,
MARION P. FRY,

    Defendants.
_____/

CR. NO. S-05-0238 GEB

<u>ORDER OF REASSIGNMENT</u>

    Due to the related nature of the above-captioned case to <u>United States v. Coggins, et al.</u>, Cr. No. S-00-0466 EJG, this case is reassigned for all purposes from the undersigned to the Honorable Edward J. Garcia, pursuant to Appendix A(f)(1) & (2) of the Local Rules of Practice of the Eastern District of California.

    IT IS SO ORDERED.

Dated: August 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR., JUDGE
UNITED STATES DISTRICT COURT

1

1  I accept this reassignment. If the reassignment is approved
2  by the Chief Judge, all documents thereafter filed shall be
3  denominated Cr. No. S-05-0238 EJG.

4  Further, all dates presently set before Judge Burrell are
5  VACATED from his calendar and RESET before the undersigned, with
6  the following modification. The hearing on dispositive motions
7  presently set for 9:00 a.m., October 28, 2005 shall be reset for
8  10:00 a.m., October 28, 2005.

Dated: August 7, 2005

_____
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

The reassignment of this case to Judge Garcia is approved.
The Clerk of Court shall make appropriate adjustments in the
assignment of criminal cases to reflect this reassignment.

Dated: August 8, 2005

_____
DAVID F. LEVI, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2