**FILED**

AUG 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,              CR. NO. S-05-0238 EJG

      v.                           ORDER OF RECUSAL AND
                                    REASSIGNMENT
DALE C. SCHAFER, MARION P.
FRY,

        Defendants.
_____/

    It appearing to the undersigned, the judge to whom this case is presently assigned, that the provisions of 28 U.S.C. § 455(a) mandate his disqualification, IT IS HEREBY ORDERED:

    1.  That the undersigned recuses himself as the judge to whom this case is assigned; and

    2.  All presently set dates before the undersigned in the above-captioned matter are hereby vacated.

    IT IS SO ORDERED.

Dated: August 26, 2005

                                              EDWARD J. GARCIA, JUDGE
                                              UNITED STATES DISTRICT COURT

1  IT IS FURTHER ORDERED:

2  1. That the Clerk of Court reassign this case to another
3  district judge for further proceedings, making appropriate
4  adjustments in the assignment of criminal cases to compensate for
5  such reassignment; and

6  2. That this case is reassigned to the Honorable
7  FRANK C. DAMRELL JR.

8  IT IS SO ORDERED.

9  Dated: August 26, 2005

10  _____
    DAVID F. LEVI, CHIEF JUDGE
11  UNITED STATES DISTRICT COURT

2