UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,    CR 05-0238 FCD

 v.    STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE AND MOTIONS DATE

DALE SCHAFER, MARION FRY

    Defendant
_____

  THE PARTIES HEREBY STIPULATE AND AGREE to revise the current briefing schedule as follows:

|  | Current Date | New Date |
|---|---|---|
| Defense pretrial motions due | 9/5/05 | 10/4/05 |
| Government oppositions due | 11/3/05 | 11/1/05 |
| Defense replies due | 10/10/05 | 11/15/05 |
| Motions hearing | 10/28/05 | 12/5/05 9:30 a.m. |

  The parties also agree and request an exclusion of time under the Speedy Trial Act, 18 United States Code, sections 3161(h)(8)(A), (h)(1)(F), and (h)(8)(B)(iv) and Local Code T4, from October 28, 2005 to the date of the pretrial motions hearing on December 5, 2005. The parties agree and stipulate that this time needs to be tolled to meet the ends of justice, conduct

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

1 investigation and prepare and file pretrial motions, as well as
2 continuity of defense counsel.
3     The time between October 28, 2005, and December 5, 2005,
4 will be excluded for the above stated reasons.  The time for
5 said exclusion is a reasonable amount of time necessary for
6 effective preparation, taking into account the exercise of due
7 diligence, and such continuance outweighs the interests of the
8 public and the defendant in a speedy trial.  It is so
9 stipulated.
10     Dated:  August 29, 2005

12 /s/ ANNE PINGS                   /s/ J. TONY SERRA
ANNE PINGS                       J. TONY SERRA
13 Assistant U.S. Attorney          Attorney for DALE SCHAFER

15                                  /s/ LAURENCE J. LICHTER
                                 LAURENCE J. LICHTER
16                                  Attorney for MARION FRY

18 **IT IS SO ORDERED.**
19 Dated: August 29, 2005
20                                  /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, JR., Judge
21                                  United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

28

2