1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-0238-FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | REVISING BRIEFING SCHEDULE |
| v. | ) | AND SETTING NEW DATE FOR |
| | ) | MOTIONS HEARING |
| | ) | |
| DALE C. SCHAFER, and | ) | |
| MARION P. FRY, | ) | Date: December 21, 2005 |
| aka Mollie P. Fry, | ) | Time: 9:00 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed, by and between the defendants, Dale Schafer and Marion Fry, by and through counsel, Laurence Lichter, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the motions hearing date of December 5, 2005, and to set a new motions hearing date of December 21, 2005, at 9:00 a.m.  This specially-set hearing time was approved by the Court's deputy clerk.

The defendants previously sought and received additional time to file their affirmative motions.  On October 4, 2005, the

defendants filed 17 pre-trial motions, all requiring a response. The government's oppositions were originally due November 1. Requiring the government to respond to 17 motions in 28 days would have allowed only 1 and a ½ days to research and draft a response to each motion.[1] Unfortunately, the prosecutor was out of the state for training for 7 of those 28 days, thereby decreasing her ability to research and file meaningful responses to the motions within the time frame.

The government has made substantial progress on its oppositions and intends to file them on a rolling basis, thereby allowing the defendants to reply on a rolling basis, so as not to unnecessarily delay the progress of this case.

The parties have agreed to the following schedule:

|  | Current Date | New Date |
|---|---|---|
| Gov't oppositions due: | 11/1/05 | No later than 12/5/05 |
| Def's replies due | 11/15/05 | No later than 12/12/05 |
| Motions Hearing | 12/5/05 | 12/21/05 at 9:00 a.m. |

Time would be excluded under the Speedy Trial Act for the pendency of motions.

Mr. Lichter represented to the undersigned prosecutor that he would agree to the schedule on behalf of defendant Schafer and had authority to agree to the schedule on behalf of defendant Fry's counsel, J. Tony Serra.

---

[1] This Court ordered the defendants to calendar 3 of the 17 motions in the magistrate court. This has not been done.

-2-

| | |
|---|---|
| DATED: October 31, 2005 | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Anne Pings<br>Assistant U.S. Attorney |
| | /s/ Laurence J. Lichter<br>by Asst. U.S. Attorney Pings<br>with permission |
| | /s/ J. Tony Serra<br>by Asst. U.S. Attorney Pings<br>with permission of L. Lichter |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: October 31, 2005 | /s/ Frank C. Damrell Jr.<br>HON. FRANK C. DAMRELL, JR.<br>UNITED STATES DISTRICT JUDGE |