1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-0238-FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | SECOND STIPULATION AND ORDER |
| | ) | REVISING BRIEFING SCHEDULE |
| v. | ) | AND SETTING NEW DATE |
| | ) | FOR MOTIONS HEARING |
| | ) | |
| DALE C. SCHAFER, and | ) | |
| MARION P. FRY, | ) | Date: January 20, 2006 |
|  aka Mollie P. Fry, | ) | Time: 2:00 p.m. |
| | ) | Hon.  Frank C. Damrell, Jr. |
| Defendants. | ) | |

It is hereby stipulated and agreed, by and between the defendants, Dale Schafer and Marion Fry, by and through counsel, J. Tony Serra, and Laurence Lichter, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the motions hearing date of December 21, 2005, and to set a new motions hearing date of January 20, 2006, at 2:00 p.m. This specially-set hearing time was approved by the Court's deputy clerk.

The defendants previously sought and received additional time to file their affirmative motions.  On October 4, 2005, the

-1-

1  defendants filed 17 pre-trial motions, all requiring a response.
2  The prosecutor previously sought additional time to respond and
3  has filed oppositions to 11 of the motions already but seeks
4  additional time to research and file meaningful responses to the
5  remaining 6 motions. The parties have agreed to the following
6  schedule:                         <u>Current Date</u>    <u>New Date</u>
7  Gov't oppositions due:    12/5/05         No later than 12/21/05
8  Def's replies due         12/12/05        No later than 1/13/06
9  Motions Hearing           12/21/05        1/20/06 at 2:00 p.m.
10       Time would be excluded under the Speedy Trial Act for the
11 pendency of motions.
12       A staff member from the office of Mr. Serra and Mr. Lichter
13 represented to the undersigned prosecutor that she had personally
14 spoken with the attorneys for both defendants and that both
15 attorneys agreed to the schedule and authorized the prosecutor to
16 sign this stipulation on their behalf.
17 DATED: December 2, 2005              Respectfully submitted,

18                                     McGREGOR W. SCOTT
                                       United States Attorney
19
                                       <u>/s/ Anne Pings</u>
20                                     Assistant U.S. Attorney

21                                     <u>/s/ Laurence J. Lichter</u>
                                       by Asst. U.S. Attorney Pings
22                                     with permission

23                                     <u>/s/ J. Tony Serra</u>
                                       by Asst. U.S. Attorney Pings
24                                     with permission

25       **IT IS SO ORDERED**.

26
   Dated: December 5, 2005             <u>/s/ Frank C. Damrell Jr.</u>
27                                     HON. FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
28