1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,

13                    Plaintiff,                CR. S-05-0238-FCD

14              v.
                                                 ORDER
15   DALE C. SCHAFER, et al.,

16                    Defendants.

17                              -o0o-

18        On January 25, 2006, defendant Dale C. Schafer moved the

19   court to modify the terms of his pretrial release and set the

20   matter for hearing on February 10, 2006.  Hearing on the motion

21   is vacated and the motion is denied for all the reasons set forth

22   in the government's opposition filed February 8, 2006.

23        So ordered.

24        Dated:  February 10, 2006.

25                              ___/s/ Peter A. Nowinski_____
                                PETER A. NOWINSKI
26                              Magistrate Judge