McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. S-05-238-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| DALE C. SCHAFER, ) | REGARDING CONTINUANCE |
| MARION P. FRY, ) | OF MOTIONS SCHEDULE |
| ) | |
| Defendants. ) | |
| _____) | |

It is hereby stipulated and agreed, by and between the defendant Dale C. Schafer, by and through his counsel, J. Tony Serra, and defendant Marion P. Fry, by and through her counsel, Laurence J. Lichter, the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set date of March 31, 2005, for hearing on the motion to disqualify defendants' counsel and to set a new motions briefing and hearing schedule as follows:

   Govt. Motion Due    March 3, 2006

   Def. Opposition     April 7, 2006

   Govt. Reply         April 21, 2006

   Hearing             April 28, 2006 at 2:00 p.m.

1    Defendant Schafer's counsel, Mr. Serra, communicated through a
2 staff person at his law office to AUSA Matthew Segal that he did not
3 oppose the modified schedule.
4    Defendant Fry's counsel, Mr. Lichter communicated directly with
5 AUSA Segal that he did not oppose the modified schedule.
6    The availability of the proposed date has been verified with
7 the Court's clerk.
8    The parties agree that time should be excluded under the Speedy
9 Trial Act given that, in addition to the motion to be filed, there
10 is at least one other motion pending before this Court in this
11 matter at this time.

DATED: March 1, 2006                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Anne Pings
                                        _____
                                        ANNE PINGS
                                        Assistant United States Attorney


/s/ Anne Pings                          /s/ Anne Pings
_____        _____
For J. Tony Serra                       For Laurence J. Lichter
Counsel for Defendant Schafer           Counsel for Defendant Fry
(With permission to AUSA Segal)         (With permission to AUSA Segal)


**IT IS SO ORDERED**.


Dated: March 1, 2006

                                        /s/ Frank C. Damrell Jr.
                                        _____
                                        HON. FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE