1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

5

6

7

8               IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,    )
                                )      CR. NO. S-05-238-FCD
12           Plaintiff,         )
                                )
13           v.                 )
                                )      STIPULATION AND ORDER
14 DALE C. SCHAFER,             )      REGARDING CONTINUANCE
   MARION P. FRY,               )      OF MOTIONS SCHEDULE
15                              )
             Defendants.        )
16 _____)

17      It is hereby stipulated and agreed, by and between the

18 Defendant Dale C. Schafer, by and through his counsel, J. Tony

19 Serra, and defendant Marion P. Fry, by and through her counsel,

20 Laurence J. Lichter, the United States, through its counsel,

21 Assistant United States Attorney Anne Pings, to vacate the

22 previously set hearing date of April 28, 2005 and re-set dates as

23 follows:

24      Govt. Reply on Motion to Disqualify Due    May 1, 2006

25      Hearing                                    May 8, 2006 at

26                                                 9:30 a.m.

27 //

28 //

1     Defendant Fry's counsel, Mr. Lawrence J. Lichter, requested
2 this continuance on behalf of the defendants by communicating
3 directly with AUSA Matthew D. Segal.
4     The availability of the proposed date has been verified with
5 the Court's clerk.
6     The parties agree that time should be excluded under the Speedy
7 Trial Act given the pending motions.  18 U.S.C. § 3161(h)(1)(F).

DATED: April 21, 2006                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Anne Pings
                                          _____
                                          ANNE PINGS
                                          Assistant United States Attorney


/s/ Anne Pings                            /s/ Anne Pings
_____               _____
For J. Tony Serra                         For Laurence J. Lichter
Counsel for Defendant Schafer             Counsel for Defendant Fry
(With permission to AUSA Segal)           (With permission to AUSA Segal)


    **IT IS SO ORDERED**.


Dated: April 24, 2006


                                          /s/ Frank C. Damrell Jr.
                                          HON. FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE