McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-0238-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | SETTING DATE FOR EVIDENTIARY |
| | ) | HEARING IN MAGISTRATE COURT |
| v. | ) | AND SETTING NEW DATE FOR |
| | ) | HEARING IN DISTRICT COURT |
| | ) | ON GOVERNMENT'S MOTION TO |
| DALE C. SCHAFER, and | ) | DISQUALIFY COUNSEL |
| MARION P. FRY, | ) | |
| aka Mollie P. Fry, | ) | Date: August 14, 2006 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Hon.  Frank C. Damrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed, by and between the defendants, Dale Schafer and Marion Fry, by and through counsel, Laurence Lichter, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to set the evidentiary hearing on the government's motion to disqualify defendants' counsel which was ordered by the District Court to be conducted by the Honorable Dale A. Drozd, for July 25, 2006, and, as necessary, July 26, 2006, at 10:00 a.m.

It is further stipulated and agreed among the parties to continue the hearing before the District Court (the "control date") from July 24, 2006, to August 14, 2006, at 9:30 a.m.

-1-

1  The continuance is necessary because defendants have
2 requested time to obtain a writ of habeas corpus to secure the
3 presence at the hearing of Mr. Serra, who is currently serving a
4 federal prison sentence. The Marshals have indicated that this
5 process takes at least 3-4 weeks. After allowing for that time
6 period, July 25 and 26, 2006 were the earliest dates mutually
7 available to the attorneys and the Magistrate Court. Because
8 they fall after the control date set by the District Court, it is
9 necessary to continue that date.

10  The courtroom deputy clerks to the Magistrate Court and the
11 District Court have both indicated that the proposed dates are
12 available to both Courts.

13  Time should be excluded under the Speedy Trial Act for the
14 pendency of motions.

15  Mr. Lichter represented to the undersigned prosecutor that
16 he agrees to the schedule on behalf of defendant Fry and has
17 authority to agree to the schedule on behalf of defendant
18 Schafer's counsel, J. Tony Serra.

DATED: May 17, 2006              Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Anne Pings
                                 Assistant U.S. Attorney

                                 /s/ Laurence J. Lichter
                                 by Asst. U.S. Attorney Pings
                                 with permission

                                 /s/ J. Tony Serra
                                 by Asst. U.S. Attorney Pings
                                 with permission of L. Lichter

-2-

1
2
3   **IT IS SO ORDERED**.
4
5   Dated: May 18, 2006              /s/ Frank C. Damrell Jr.
                                     HON. FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28