1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9
UNITED STATES OF AMERICA,
10
                                                                                   No. CR S-05-0238 FCD
11         Plaintiff,
12    v.
13 DALE C. SCHAFER, MARION P. FRY,
                 Defendants.
14 _____/
15 GEOFFREY A. SCHAFER,
16         Plaintiff,                    No. S-CIV S-06-1259 MCE DAD
17    v.                                 **NON-RELATED CASE ORDER**
18 BOB ASHWORTH, COUNTY OF
EL DORADO,
19          Defendants.
                                    /
20
21     The court has received the Notice of Related Cases concerning the above-captioned cases
22 filed July 14, 2006 and the objections to the notice filed July 24, 2006. <u>See</u> Local Rule 83-123,
23 E.D. Cal.  The court has determined that it is inappropriate to relate or reassign the cases, and
24 therefore declines to do so.  This order is issued for informational purposes only, and shall have
25 no effect on the status of the cases, including any previous Related or Non-Related Cases Orders
26 of this Court.
27 Dated: July 26, 2006
28
                                                          /s/ Frank C. Damrell Jr.
                                                          FRANK C. DAMRELL, Jr.
                                                          United States District Judge