1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-0238-FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO SET NEW DATE FOR T.C.H. |
| v. | ) ) ) | AND MOTIONS HEARING AND TO REVISE BRIEFING SCHEDULE |
| DALE C. SCHAFER, and MARION P. FRY, aka Mollie P. Fry, | ) ) ) ) | Date: July 13, 2007 Time: 2:00 p.m. Hon.  Frank C. Damrell, Jr. |
| Defendants. | ) ) | |

It is hereby stipulated and agreed, by and between the defendants, Dale Schafer and Marion Fry, by and through counsel, Laurence J. Lichter, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the TCH and motions-in-limine hearing date of June 22, 2007, and to set a new TCH and motions-in-limine hearing date of July 13, 2007, at 2:00 p.m.  This specially-set hearing time was approved by the Court's deputy clerk.

Both parties have already filed their affirmative motions in limine.  Due to pressing matters in other ongoing criminal investigations, the government is unable to file its oppositions to defendant's motions by June 15, 2007.  The government

-1-

1  requested a revised motions hearing schedule and the defendants
2  have agreed to the proposed schedule.  The proposed schedule does
3  not impact the currently scheduled trial date of July 31, 2007.
4       The parties have agreed to the following schedule :
5                                Current Date    New Date
6  Motion Oppositions due:       6/15/07         6/25/07
7  Replies due                   6/19/07         6/29/07
8  TCH /Motions Hearing          6/22/07         7/13/07
9       Time would be excluded under the Speedy Trial Act for the
10 pendency of motions.
11      Mr. Lichter verbally represented to the undersigned
12 prosecutor that he agreed to the schedule on behalf of defendant
13 Fry and had the authority to agree to the schedule on behalf of
14 defendant Schafer's counsel, J. Tony Serra.

DATED: June 14, 2007                Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Anne Pings
                                    Assistant U.S. Attorney

                                    /s/ Laurence J. Lichter
                                    by Asst. U.S. Attorney Pings
                                    with permission

                                    /s/ J. Tony Serra
                                    by Asst. U.S. Attorney Pings
                                    with permission of L. Lichter

     **IT IS SO ORDERED.**

Dated: June 20, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE