MCGREGOR W. SCOTT
United States Attorney
ANNE E. PINGS
SEAN C. FLYNN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-238-FCD |
| Plaintiff, ) | ORDER COMPELLING WITNESS JODY BOLLINGER TO TESTIFY AT TRIAL |
| v. ) | |
| DALE C. SCHAFER and MARION P. FRY, ) | |
| Defendants. ) | |

On motion of the United States of America, the Court makes the following findings:

1. Jodi Bollinger has been subpoenaed as a witness to testify at the jury trial in the above-captioned case, which is currently scheduled to begin on August 1, 2007;

2. In the judgment of United States Attorney McGregor W. Scott, Ms. Bollinger may refuse to answer certain questions on the basis of her privilege against self-incrimination;

3. In the judgment of the United States Attorney, Ms. Bollinger's testimony may be necessary to the public interest; and

4. A motion has been made with the approval of an authorized Deputy Assistant Attorney General of the Criminal Division of the U.S. Department of Justice, pursuant to the authority vested in him by Section 6003(b) of Title 18 of the U.S. Code and Section 0.175(a)

of Title 28 of the Code of Federal Regulations.

THEREFORE, IT IS ORDERED THAT, pursuant Sections 6002 and 6003 of Title 18 of the U.S. Code, Jody Bollinger shall give testimony or provide other information which she may refuse to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be interrogated in the course of the jury trial proceedings.

IT IS FURTHER ORDERED THAT no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, shall be used against Jody Bollinger in any criminal case, except that Jody Bollinger shall not be exempted by this Order from prosecution for perjury, giving a false statement pursuant to this Order, or otherwise failing to comply with this Order.

IT IS FURTHER ORDERED THAT the immunity granted herein is co-extensive with Section 6002 of Title 18 of the U.S. Code.

Dated: July 31, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE