McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-0238-FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | REVISING SCHEDULE AND |
| v. | ) | SETTING NEW DATE FOR |
| | ) | SENTENCING HEARING |
| | ) | |
| DALE C. SCHAFER, and | ) | |
| MARION P. FRY, | ) | Date: February 25, 2008 |
| aka Mollie P. Fry, | ) | Time: 10:00 a.m. |
| | ) | Hon.  Frank C. Damrell, Jr. |
| Defendants. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed, by and between the defendants, Dale Schafer and Marion Fry, by and through counsel, Laurence Lichter, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the sentencing date of January 28, 2008, and to set a new sentencing date of February 25, 2008, at 10:00 a.m.  This proposed hearing date was approved by the Court's deputy clerk.

   The defendants have filed a substantive motion regarding sentencing entrapment and the government needs to order certain trial transcripts in order to prepare its response.

/////

-1-

The parties have agreed to the following schedule which was discussed with the Court's clerk and the probation officer:

|  | New Date |
|---|---|
| New PSR due to parties<br>Govt's Opp. to Entrapment Motion | February 4, 2008 |
| Formal Objections Due to Court<br>Def's Reply on Entrapment Motion | February 18, 2008 |
| Sentencing Hearing | February 25, 2008 |

Mr. Lichter represented to the undersigned prosecutor that he would agree to the schedule on behalf of defendant Schafer and had authority to agree to the schedule on behalf of defendant Fry's counsel, J. Tony Serra.

DATED: January 11, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Anne Pings
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　/s/ Laurence J. Lichter
　　　　　　　　　　　　　　　　　　by Asst. U.S. Attorney Pings
　　　　　　　　　　　　　　　　　　with permission of L. Lichter

　　　　　　　　　　　　　　　　　　/s/ J. Tony Serra
　　　　　　　　　　　　　　　　　　by Asst. U.S. Attorney Pings
　　　　　　　　　　　　　　　　　　with permission of L. Lichter

**IT IS SO ORDERED.**

Dated: January 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE