UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR S 05-0238 FCD

    v.

DALE SCHAFER and DR. MARION P. FRY,       ORDER ALLOWING FILING UNDER SEAL

    Defendants.

_____/

    Upon request of defendants, and good cause appearing,

    IT IS HEREBY ORDERED that defendants' Motion to Set Aside Verdict and Motion for New Trial shall be filed under seal.

    Dated: February 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331