J. TONY SERRA, (CSBN: 32639)
506 Broadway
San Francisco, CA 94133
(415) 986-5591

Attorneys for Defendant Dale C. Schafer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   **Case No. 2:05-CR-0238 FCD**

    Plaintiff(s),

  vs.   **SUBSTITUTION OF COUNSEL FOR APPEAL**

DALE C. SCHAFER,

    Defendant(s).
_____/

CLERK OF THE COURT:

Please enter the appearance of Brenda Grantland, Esq., as counsel of record on appeal for defendant/appellant Dale Schafer, replacing J. Tony Serra.

Respectfully submitted,

/s/ Brenda Grantland
BRENDA GRANTLAND
California state Bar #165899
Attorney for Appellant
10 Sunnyside Suite A-204
Mill Valley, CA 94941
(415) 380-9108

/////

/////

/////

I consent:

/s/ Dale C. Schafer                  /s/ J. Tony Serra
DALE C. SCHAFER                      J. TONY SERRA

    IT IS SO ORDERED

DATED: March 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE