IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CRS. 05-238-FCD |
| | ) |
| Plaintiff, | ) ORDER TO MODIFY CONDITIONS |
| | ) OF PRETRIAL RELEASE |
| v. | ) |
| | ) |
| DALE C. SCHAFER and | ) |
| MARION P. FRY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The Court has received information from the Pretrial Services Agency regarding an incident between the El Dorado County sheriffs and the defendants in this matter. In view of the two marijuana plants found on the defendants' property and information obtained by officers in subsequent interviews, the Court has ordered the pretrial officer to admonish the defendants for their conduct and is modifying their conditions of release as follows:

There shall be no possession, cultivation, or consumption of any marijuana on or in your premises at any time by yourselves, any residents of your house, or any guests.

IT IS SO ORDERED.

Dated: July 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE