BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
barrymorris@mac.com

Attorney for Defendants
DALE C. SCHAFER and MARION P. FRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR. S-05-238 FCD

      Plaintiff,

  v.

DALE C. SCHAFER and MARION P. FRY,

      Defendants.          /

## Stipulation and Order

it is hereby stipulated between BARRY MORRIS, attorney for defendants, DALE C. SCHAFER and MARION P. FRY, and ANNE PINGS, attorney for the United States, that the hearing on the government's motion be continued from March 14, 2011 until March 21, 2011.   This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated:

                                                   _____s/_____
                                                   BARRY MORRIS
                                                   Attorney for Defendants

                                                   _____s/_____
                                                   ANNE PINGS
                                                   Attorney for the United States

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the defendants in the above-entitled action;

2. When I originally spoke to Ms. Pings about dates for the government's motion, I told her that I was coming back from a trip out of the country on March 13th. In fact, my flight leaves Rio on the 13th but does not get back to San Francisco until March 14th in the afternoon.

3. Consequently, I am requesting that the matter go over until the court's next motion calendar, March 21, 2011.

Dated: February 10, 2011

__/s/_____
BARRY MORRIS
Attorney for Defendants

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the sentencing in the above-entitled case be continued until **March 21, 2011 at 10:00 a.m.**.

Dated: February 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2