1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9                              ----oo0oo----

10   UNITED STATES OF AMERICA,
                                          NO. CR. S-05-0238-01 FCD
11            Plaintiff,

12       v.                               ORDER

13   DALE C. SCHAFER,

14            Defendant.

15
                               ----oo0oo----
16

17       On March 19, 2008, this court sentenced defendant Dale C.

18   Schafer to the custody of the United States Bureau of Prisons to

19   be imprisoned for a term of 60 months as to each of Counts 1 and

20   2, to run concurrently to each other, for a total term of

21   imprisonment of 60 months.

22       On March 21, 2011, this court ordered defendant Dale C.

23   Schafer to self-surrender before 2:00 p.m. on May 2, 2011, for

24   service of sentence at the institution designed by the Bureau of

25   Prisons.  If no such institution has been designated, defendant

26   is to self-surrender to the United States Marshal for this

27   district.

28   / / /

                                    1

1          IT IS SO ORDERED.

2    DATED: April 18, 2011

3

4                                    _____

5                                    FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28