OMAR FIGUEROA #196650
Law Offices of Omar Figueroa
7770 Healdsburg Ave., Ste. A
Sebastopol, CA 95472
Telephone: 707/829-0215
Facsimile: 707/861-9187

JAMES J. CLARK #233286
7770 Healdsburg Avenue, Suite A
Sebastopol, CA 95472
Telephone: (707) 823-4209
Facsimile: (707) 861-9187

Attorney for Defendant
DALE SCHAFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE SCHAFER,<br><br>　　　　Defendant.<br>_____/ | No. CR.S-05-0238-GEB<br><br>STIPULATION AND ORDER VACATING 11/2/17 HEARING DATE AND SETTING IT ON 11/30/17 |

The United States of America, by and through its counsel, and the defendant Dale Schaffer, by and through his counsel of record, hereby stipulate to the following:

　　1)　Defendant's Motion to modify terms of probation was set on calendar for November 7, 2017.

　　2)　The Court vacated the November 7 date and the parties are now scheduled to appear before the Court on November 2, 2017 at 10:00 a.m. for a hearing on Defendant's motion.

1

3) Counsel for the plaintiff and defendant have agreed to a rescheduling of this matter, to a mutually available date for a hearing, to be held on Thursday, November 30 at 10:00 a.m.

4) Based on the foregoing, the parties respectfully request this Court to continue the hearing to November 30, 2017 at 10:00 a.m.

5) Additionally, the parties stipuate to the following briefing schedule: a) the Government's response, or statement of non-opposition will be filed on or before November 16, 2017; b) Defendant's reply, if any, to be filed on or before November 23, 2017.

SO STIPULATED.

DATED: October 26, 2017              /s/ Cameron Desmond            ,
                                     CAMERON DESMOND
                                     Assistant United States Attorney

DATED: October 26, 2017              /s/ James Clark                ,
                                     JAMES CLARK
                                     Attorney for Dale Schafer

ORDER

Good cause having been shown, it is hereby ordered that the hearing previously set for November 2, 2017 at 10:00 a.m. is continued to November 30, 2017 at 10:00 a.m. The Government shall file it's response, or statement of non-opposition will be filed on or before November 16, 2017, and Defendant's reply, if any, shall be filed on or before November 23, 2017.

IT IS SO ORDERED.

Dated: October 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE